# United States District Court
# For The Western District of North Carolina
# Asheville Division

RANDALL SALTERS,

        Plaintiff(s),          JUDGMENT IN A CIVIL CASE

vs.          1:06cv217-1-MU

NORTH CAROLINA STATE BAR, et al.,

        Defendant(s).


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 1, 2006 Order.


        FRANK G. JOHNS, CLERK

August 1, 2006          *s/Elizabeth J. Barton*
        BY: _____
        Elizabeth Barton, Deputy Clerk